FILED

12/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0552

STEPHANIE KIPFINGER, BEN
CUNNINGHAM, INDIVIDUALLY &
AS NATURAL GUARDIAN AND
NEXT FRIEND OF E.C., A MINOR,

       Plaintiffs and Appellants,

   v.

GREAT FALLS OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES, &
JULIE KUYKENDALL.

       Defendants and Appellees.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

Michael Gary Barer, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Barer's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **RANDALL C. LESTER,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 9th day of December, 2021.

Bowen Greenwood, Clerk of the Supreme Court

c:    Daniel J. Flaherty, William V. Ballew, III., Paul Gallardo, Benjamin Novotny,
      Joe J. Newman, Gary Darling Kalkstein, Michael Gary Barer, Randall C. Lester